IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TAMA PLASTIC INDUSTRY, ) | | |
| Plaintiff, ) | Case No. 8:12CV324-WKU-CRZ | |
| ) | | |
| vs. ) | | |
| ) | | |
| PRITCHETT TWINE & NET WRAP, ) | | |
| LLC; JOSEPH JERALD PRITCHETT; ) | | |
| Defendants. ) | **ORDER** | |
| ) | | |
| ) | | |
| PRITCHETT TWINE & NET WRAP, ) | | |
| LLC; ) | | |
| Counter Claimant, ) | | |
| ) | | |
| vs. ) | | |
| ) | | |
| TAMA PLASTIC INDUSTRY, ) | | |
| Counter Defendant. ) | | |

**ORDER ON PLAINTIFF'S UNOPPOSED
MOTION TO EXTEND DEADLINE FOR RESPONSIVE BRIEF**

Plaintiff Tama Plastic Industry has moved the Court for an additional one-week extension of time within which to respond to Defendants' Motion for Protective Order. (Filing 214.) Defendant has no opposition to the requested extension. Having considered the Plaintiff's motion, I find that it should be granted.

WHEREFORE, IT IS HEREBY ORDERED that the Plaintiff motion is GRANTED. IT IS FURTHER ORDERED that the Plaintiff may file and serve their response to the pending Motion for Protective Order on or before Monday, November 12, 2012.

Dated this 31st day of October, 2012.

_____
United States Magistrate Judge

493474