IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TAMA PLASTIC INDUSTRY,<br><br>                Plaintiff,<br><br>vs.<br><br>PRITCHETT TWINE &AMP; NET WRAP, LLC, PRITCHETT TWINE, NET WRAP &AMP; AG SALES, JERALD PRITCHETT, JOSEPH PRITCHETT, JJ PRITCHETT, BALE SUPPLY, LLC, JAMES BROWN, ZACHARY BROWN, JOSEPH JERALD PRITCHETT, (Parties modified per Order of 7/9/12.);<br><br>                Defendants. | **8:12CV324**<br><br>**ORDER** |

IT IS ORDERED:

1) Defendants' motions for extension of time, (Filing Nos. 225 and 226), are granted.

2) Defendants' reply in support of their Motion for Protective Order (Filing No. 211), and their response to Plaintiff's Motion to Compel, (Filing No. 218), shall be filed on or before December 6, 2012.

November 17, 2012.

                                                                                       BY THE COURT:

                                                                                       *s/ Cheryl R. Zwart*
                                                                                       United States Magistrate Judge