IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TAMA PLASTIC INDUSTRY,<br><br>         Plaintiff,<br><br>vs.<br><br>PRITCHETT TWINE &AMP, e. al;<br><br>         Defendants. | 8:12CV324<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

1)      The motion to withdraw filed by Arthur S. Robinson, Jr. as counsel of record on behalf of Defendants/Counterclaimants Pritchett Twine & Net Wrap, LLC and Joseph Jerald Pritchett a/k/a Jerald Pritchett , (filing no. 237), is granted.

2)      The clerk shall serve a copy of this order on Mr. Robinson's new address as set forth in filing no. 237.

March 14, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge