IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **TAMA PLASTIC INDUSTRY,**<br><br>         Plaintiff,<br><br>    vs.<br><br>**PRITCHETT TWINE & NET WRAP, LLC, et al.,**<br><br>         Defendants. | 8:12CV324<br><br>ORDER |

This matter is before the court *sua sponte*. The court stayed the case on January 24, 2013, to allow the United States Patent and Trademark Office to render an opinion in a reexamination proceeding. See Filing No. 236.

**IT IS ORDERED**:

Counsel shall file a joint status report concerning the status of this case on **August 20, 2013, and every 90 days thereafter**, such report to include the position(s) of counsel concerning whether the stay should continue in effect or whether the stay should be lifted.

Dated this 2nd day of August, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge