# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

**TAMA PLASTIC INDUSTRY,**

        **Plaintiff,**

vs.

**PRITCHETT TWINE & NET WRAP, LLC, and JOSEPH JERALD PRITCHETT,**

        **Defendants.**

**8:12CV324**

**ORDER**

This matter is before the court on the parties' Joint Motion to Extend Deadlines in Case Management Plan (Filing No. 261). The parties represent the defendants have recently retained new counsel who require additional time to become familiar with this matter. After consideration,

**IT IS ORDERED**:

1. The parties' Joint Motion to Extend Deadlines in Case Management Plan (Filing No. 261) is granted.

2. The deadlines set in the court's September 18, 2013, Order (Filing No. 250), and the Revised Case Management Plan (Filing No. 249) referenced within, remain in effect with the exception of the following amendments:

| Event | Date |
|---|---|
| G. Exchange of Preliminary Constructions | 10/21/2013 |
| H. Meet and Confer re: Claim Construction | 10/23/2013 |
| F. Identification of Markman Experts | 10/25/2013 |
| F-1. If one party identified an expert, last day party who did not identify an expert may identify expert | 10/28/2013 |
| Parties Exchange Updated Document Production & Interrogatory Responses | 10/25/2013 |
| I. Tama Expert Report | 11/8/2013 |
| J. Pritchett Expert Report | 11/15/2013 |
| L. Settlement Conference w/ Private Mediator | 12/1/2013 |
| K. Joint Claim Construction Statement | 11/20/2013 |

| Deposition of Markman Experts | 11/25-26/2013 |
| M. Opening Markman Brief | 12/10/2013 |

Dated this 15th day of October, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge