# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **TAMA PLASTIC INDUSTRY,** | |
| Plaintiff, | **8:12CV324** |
| vs. | |
| **PRITCHETT TWINE & NET WRAP, LLC, and JOSEPH JERALD PRITCHETT,** | **ORDER** |
| Defendants. | |

This matter is before the court upon the parties' joint motion to extend (Filing No. 276). Counsel represent the parties have made substantial progress toward settlement through mediation and in light of such progress, request an extension of the deadline to file Markman Reply Briefs and the date for the Markman Hearing. After consideration,

**IT IS ORDERED**:

1. The parties shall have until **February 21, 2014**, to file Markman Reply Briefs.

2. The Markman Hearing is rescheduled for **March 13, 2014, at 9:00 a.m.** before the Honorable Joseph F. Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Dated this 14th day of January, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge