IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **TAMA PLASTIC INDUSTRY,**<br><br>            Plaintiff,<br><br>    vs.<br><br>**PRITCHETT TWINE & NET WRAP, LLC, and JOSEPH JERALD PRITCHETT,**<br><br>            Defendants. | **8:12CV324**<br><br>**ORDER** |

This matter is before the court following a telephone conference with counsel on March 14, 2014. Arnold I. Rady represented the plaintiff. Spiro Bereveskos represented the defendants. Mr. Wayne Mark, the mediator, also participated in the telephone conference. Counsel request an extension of the deadline to file *Markman* Reply Briefs and the date for the *Markman* Hearing. Mr. Mark represented the parties are diligently working toward settlement. After consideration,

**IT IS ORDERED**:

1. The parties shall have until **April 30, 2014**, to file *Markman* Reply Briefs.
2. The *Markman* Hearing is rescheduled for **May 20, 2014, at 9:00 a.m.** before the Honorable Joseph F. Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Dated this 14th day of March, 2014.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge