IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TAMA PLASTIC INDUSTRY,<br><br>                Plaintiff,<br><br>vs.<br><br>PRITCHETT TWINE &AMP; NET WRAP, LLC, JOSEPH JERALD PRITCHETT,<br><br>                Defendants. | 8:12CV324<br><br>MEMORANUDM AND ORDER |

This matter is before the court on the parties' Stipulated Revision to Case Management Plan (Filing No. 313).

IT IS ORDERED:

1. The parties' Stipulated Revision to Case Management Plan (Filing No. 313) is granted.

2. The deadlines set in the court's September 18, 2013, Order (Filing No. 250), the Revised Case Management Plan (Filing No. 249), and the Order dated October 15, 2013 (Filing No. 262) remain in effect with the exception of the following amendments:

| EVENT | DATE |
|---|---|
| **O.** New Case Management Order for Pretrial/Trial | July 27, 2014 |
| **Q, R, T, U**<br>Tama's Final Infringement Contentions<br>Tama's Statement of Damages and Settlement Demand<br>Pritchett's Final Invalidity Contentions | December 1, 2014 |
| Pritchett's Noninfringement Contentions | December 14, 2014 |

| EVENT | DATE |
|---|---|
| Tama's Response to Pritchett's Invalidity Contentions | December 14, 2014 |
| **R-1** <br> Pritchett's Reply to Damages Statement and Settlement Demand | December 14, 2014 |
| **S**. <br> Exchange Final Lists of Trial Witnesses & Exhibits | 30 days before the deadline for filing motions to bifurcate or *Daubert* motions. |
| **V.** <br> Close Of Fact Discovery | November 28, 2014 |
| **W.** <br> Expert Witness Disclosures (including Reports) on Issues for which the Disclosing Party has the Burden of Proof**.** | December 22, 2014 |
| **X.** <br> Expert Witness Disclosures (including Reports) on Issues for which the Disclosing Party does not have the Burden of Proof. | January 22, 2015 |
| **Z.** <br> Expert Discovery Completed, including documents and depositions | February 20, 2015 |
| **Y.** <br> Filing of Dispositive Motions | March 9, 2015 |

Dated this 30th day of June, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge